IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD E. WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPER CHICHESTER TOWNSHIP POLICE OFFICER JOHN P. MONTGOMERY, ET AL. | : : : | NO. 11-4337 |

## O R D E R

AND NOW, this _11_ day of July, 2011, in accordance with the accompanying memorandum, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915(a)(1).

2. The complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2).

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_/s/ Thomas N. O'Neill, Jr._
THOMAS N. O'NEILL, JR., J.